AO 247 (Rev.  08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JODY C. SILVIO | ) | Case No: 09-00253-001 |
| | ) | USM No: 10558-003 |
| Date of Original Judgment: 09-30-2010 | ) | |
| Date of Previous Amended Judgment: | ) | Paul Bradley Murray |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____78_____ months **is reduced to** _____63 months_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

When initially sentenced, the defendant was sentenced for the instant offense, along with the offenses of conviction in SDAL Cr. No. 08-00327. Count one of this case was not subject to grouping, and a multiple count adjustment (found at U.S.S.G. Section 3D1.4) was used to determine the total offense level.

Except as otherwise provided, all provisions of the judgment dated ___09-30-2010___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ___06-15-2015___

Callie V.S. Granade U.S. District Judge

Digitally signed by Callie V.S. Granade U.S. District Judge
DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2015.06.15 11:18:07 -06'00'

*Judge's signature*

Effective Date: ___11-01-2015___

United States District Judge

*(if different from order date)*          *Printed name and title*